```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/13
```

DAVID LOPEZ, ESQ.  DL-6779
Attorney for Plaintiff
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Tel:         631.287.5520
Fax:        631.283.4735
e-Mail:    DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

       Plaintiff,

- against -

ALTRA HOLDINGS and
CARL R. CHRISTENSON,

       Defendants.

13 Civil 3141 (Abrams, J)

NOTICE OF DISMISSAL
WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Issue has not been joined.

Dated:  Southampton, New York
          May 31, 2013

Yours, etc.

*David Lopez*
David Lopez, Esq. (DL-6779)

SO ORDERED:

*Ronnie Abrams*
Ronnie Abrams, U.S.D.J.
New York, New York
June 3, 2013

1